**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| THE MUNICIPALITY OF MT. LEBANON | : | No. 16 WAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| ELAINE GILLEN AND PENNSYLVANIA | : | |
| OFFICE OF OPEN RECORDS | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ELAINE GILLEN | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| THE MUNICIPALITY OF MT. LEBANON | : | No. 17 WAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| ELAINE GILLEN AND OFFICE OF OPEN | : | |
| RECORDS | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ELAINE GILLEN | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

      Justice Baer did not participate in the consideration or decision of this matter.